UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NESTOR LUIS SOTILLO,

                      Plaintiff,

  -against-

THE CITY OF YONKERS and YONKERS
POLICE OFFICER WILLIAM PATAKY,

                      Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/2022

No. 19 CIV 133 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

    Plaintiff Nestor Luis Sotillo ("Plaintiff"), proceeding *pro se*, commenced this Section 1983 action on January 3, 2019 against Defendants the City of Yonkers and Yonkers Police Officer William Pataky ("Defendants"). (ECF No. 2.) On May 9, 2019, Defendants filed an Answer to Plaintiff's Complaint. (ECF No. 10.) On June 17, 2019, Plaintiff filed a letter notifying the Court of his change of address. (ECF No. 11.) On May 2, 2022, this Court ordered Plaintiff to show cause by June 1, 2022 why this action should not be dismissed for his failure to take any steps to advance this action since June 17, 2019. (ECF No. 2.) The May 2, 2022 Order further warned that failure to comply with the Order would result in dismissal of this action. (*Id.*)

    Because Plaintiff has not responded to the May 2, 2022 Order, and as the Court previously warned, the instant action is hereby dismissed without prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). The Clerk of Court is respectfully directed to mail a copy of this Order to *pro se* Plaintiff at his address listed on ECF and to show service on the docket.

Dated:  June 7, 2022
           White Plains, New York

SO ORDERED:

_____
NELSON S. ROMÁN
United States District Judge

1